| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Paul S. Aronzon<br>Robert J. Liubicic<br>Alexandra Achamallah<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>424-386-4000 | |
| ATTORNEY(S) FOR: Immigrant Defenders Law Center, et al. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Immigrant Defenders Law Center, Western State College of Law Immigration Clinic, Public Counsel, and Esperanza Immigrant Rights Project at Catholic Charities,<br>Plaintiff(s),<br>v.<br>United States Immigration and Customs Enforcement and United States Department of Homeland Security,<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Immigrant Defenders Law Center, Western State College of Law Immigration Clinic, Public Counsel, and Esperanza Immigrant Rights Project at Catholic Charities or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

March 20, 2019                         /s/ Robert J. Liubicic
Date                                            Signature

Attorney of record for (or name of party appearing in pro per):

Immigrant Defenders Law Center, et al.

CV-30 (05/13)                         **NOTICE OF INTERESTED PARTIES**