UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-2058 CAS (AGRx) | Date | August 26, 2019 |
|---|---|---|---|
| Title | Immigrant Defenders Law Center, et al. v. United States Immigration and Customs Enforcement, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes Kerr | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alexandra Achamallah | Matthew Barragan, AUSA |
| Jessica Bansal | Alarice Medrano, AUSA |

**Proceedings:**    SCHEDULING CONFERENCE

Cause called; appearances made.

Scheduling conference is not held. The Court and counsel confer regarding the pending Freedom of Information Act ("FOIA") and the *Vaugh* Index. The Court continues the Scheduling Conference to October 21, 2019, at 11:00 a.m. at which time the parties should be prepared to update the Court on their search results and production of documents.

|  | 00 | : | 10 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |