1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 12  IMMIGRANT DEFENDERS LAW CENTER, WESTERN STATE COLLEGE OF LAW IMMIGRATION CLINIC, PUBLIC COUNSEL, AND ESPERANZA IMMIGRANT RIGHTS PROJECT AT CATHOLIC CHARITIES,<br><br>16       Plaintiffs,<br><br>17          v.<br><br>18  UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT AND UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>21       Defendants. | No. CV 19-02058 CAS (AGRx)<br><br>**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Honorable Christina A. Snyder |

22
23
24
25
26
27
28

The parties having filed a Joint Stipulation to Continue Scheduling Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference set for October 21, 2019 is continued to November 25, 2019 at 11:00 a.m.

Dated:_____    _____
                                  CHRISTINA A. SNYDER
                                  UNITED STATES DISTRICT JUDGE

Presented by:

Millbank LLP

 /s/ Alexandra Achamallah
ALEXANDRA ACHAMALLAH

ACLU Foundation of Southern California

*Pro Bono Attorneys for Plaintiffs Immigrant Defenders Law Center, Western State College of Law Immigration Clinic, Public Counsel, and Esperanza Immigrant Rights Project at Catholic Charities*

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


    /s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney

*Attorneys for Defendants United States Immigration and Customs Enforcement and United States Department of Homeland Security*

1